FORM orfinal (Rev. 07/10)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

In Re:  Russell Flint Crump                        Bankruptcy Case No.:   12−10164−KKS
       fdba R. Flint Crump, P.A.
       SSN/ITIN: xxx−xx−1567
        Debtor

                                                                Chapter:  13
                                                                Judge:  Karen K. Specie

## *FINAL DECREE*

The estate of the above named debtor has been fully administered.

***IT IS ORDERED THAT:***

- Leigh D. Hart is discharged as trustee of the estate of the above−named debtor and the bond is canceled; and

- The bankruptcy case of the above−named debtor is closed; and

- Other provisions: None

**DONE AND ORDERED** at Tallahassee, Florida, January 9, 2015 .

                                                                 <u>/s/ Karen K. Specie</u>
                                                                 Karen K. Specie
                                                                 U.S. Bankruptcy Judge

Service to:
   All parties in interest