United States Bankruptcy Court
Northern District of Florida

In re:                                                                  Case No. 12-10164-KKS
Russell Flint Crump                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 1129-1          User: lisom              Page 1 of 1            Date Rcvd: Jan 09, 2015
                              Form ID: orfinal         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2015.
db             +Russell Flint Crump,   504 NW 89th Street,   Gainesville, FL 32607-1453

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2015                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2015 at the address(es) listed below:
              D. Tyler Van Leuven    on behalf of Creditor    Florida Credit Union bk@wggdlaw.com,
               tvanleuven@wggdlaw.com
              Leigh D. Hart    on behalf of Trustee Leigh D. Hart ldhdock@earthlink.net,
               ldhtre@earthlink.net;ldhadmin@earthlink.net
              Leigh D. Hart    ldhdock@earthlink.net,   ldhtre@earthlink.net;ldhadmin@earthlink.net
              Marc G. Granger    on behalf of Creditor    JPMorgan Chase Bank, National Association
               mgranger@kahaneandassociates.com,
               jbuchanan@kahaneandassociates.com;ixarias@kahaneandassociates.com;lbetancourt@kahaneandassociates
               .com
              Sharon T. Sperling    on behalf of Debtor Russell Flint Crump sharon@sharonsperling.com,
               share.sharonsperling@gmail.com
              United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
                                                                                                 TOTAL: 6

FORM orfinal (Rev. 07/10)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

---

In Re:  Russell Flint Crump                                              Bankruptcy Case No.:   12–10164–KKS
      fdba R. Flint Crump, P.A.
      SSN/ITIN: xxx–xx–1567
        Debtor

                                                                                 Chapter:  13
                                                                                 Judge:  Karen K. Specie

---

## *FINAL DECREE*

The estate of the above named debtor has been fully administered.

***IT IS ORDERED THAT:***

- Leigh D. Hart is discharged as trustee of the estate of the above–named debtor and the bond is canceled; and

- The bankruptcy case of the above–named debtor is closed; and

- Other provisions: None

***DONE AND ORDERED*** at Tallahassee, Florida, January 9, 2015 .

                                                                      /s/ Karen K. Specie
                                                                      Karen K. Specie
                                                                      U.S. Bankruptcy Judge

Service to:
    All parties in interest